FILED

11/14/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0240

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0240

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

JASON EBY,

      Defendant and Appellant.

## ORDER

Upon consideration of the parties' Motion to Dismiss by Stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the case is remanded to the Nineteenth Judicial District Court, Lincoln County, for that court to enter an amended judgment striking the felony designation for Count II: Criminal Possession of Dangerous Drugs.

IT IS FURTHER ORDERED that the remainder of the appeal is dismissed with prejudice.

The Clerk is directed to provide copies of this Order to the Honorable Matthew Cuffe and counsel of record.

1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 14 2023